UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
BERKLEY REGIONAL INSURANCE            :
COMPANY,                              :
                                      :
                          Plaintiff,  :     **ORDER**
                                      :
                                      :     16 Civ. 3617 (AKH)
                    v.                :
                                      :
SECURITY CONSTRUCTION SERVICES, INC., :
et al.,                               :
                                      :
                          Defendants. :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

On May 19, 2020, I granted Plaintiff's request to reopen this case and granted

leave to file a Third Amended Complaint.  Plaintiff did so on May 20, 2020.  On August 11,

2020, I granted the request of Defendants' counsel, Taruna Garg, to withdraw.  Individual

Defendants Janet Ceddia and Christophe Ceddia filed their Answer on September 3, 2020.  Since

then, there has been no update from any of the parties and there have been no docket entries.

Accordingly, Plaintiff, via letter submitted via ECF, shall advise the Court of the

status of the case by June 22, 2022.

SO ORDERED.

Dated: New York, New York
       June 15, 2022

                                _____/s/_____
                                ALVIN K. HELLERSTEIN
                                United States District Judge