UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Berkley Regional Insurance Company<br><br>                              Plaintiff(s),<br><br>     -against-<br><br>Security Construction Services, Inc.<br><br>                              Defendant(s). | 16 -CV- 03617 (AKH)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

By Order of Reference dated December 15, 2023 (ECF 55), Judge Alvin K. Hellerstein referred this case to Magistrate Judge Robyn F. Tarnofsky for settlement. I have therefore scheduled a settlement conference in this matter for **Wednesday, January 31, 2024**, **at 2:00 p.m.** The conference will be held in Courtroom 9B, at 500 Pearl Street, New York, NY, 10007. If attending in person presents a hardship for any party, they may submit a letter on the docket explaining the situation and the reasons why they believe the settlement conference should be held remotely.

If this date is not convenient for the parties, counsel should e-mail my deputy clerk, Anne Zeng-Huang, at Anne_Huang@nysd.uscourts.gov on or before **Tuesday, December 26, 2023,** to propose three alternative dates and times for the settlement conference during the week of **1/29/2024**.

Corporate parties must send the person with decision-making authority to settle the matter to the conference. The parties are instructed to complete the Ex Parte Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my

Individual Rules of Practice. Pre-conference submissions must be received no later than

**Wednesday, January 24, 2024, at 5:00 p.m**.

DATED:  December 18, 2023
New York, NY

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**
United States Magistrate Judge