UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BERKLEY REGIONAL INSURANCE COMPANY<br><br>Plaintiff,<br><br>-against-<br><br>SECURITY CONSTRUCTION SERVICES, INC. ET AL.<br><br>Defendant(s). | 16 -CV- 03617 (AKH) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The in-person settlement conference scheduled for 1/31/2024 at 2 p.m. will be held as a Microsoft Teams video conference on 1/31/2024 at 2 p.m. The Courtroom Deputy will email the parties the details.

DATED:  December 22, 2023
             New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge