UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BERKLEY REGIONAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>-against-<br><br>SECURITY CONSTRUCTION SERVICES, INC., ET AL.,<br><br>Defendant. | 16-CV-03617(AKH)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A settlement conference in this case was scheduled for January 31, 2024. As per my Order on December 18, 2023, ex-parte settlement letters were due yesterday by 5 P.M. The parties have not complied. I am sua sponte extending the January 24, 2024 deadline nunc pro tunc until 9 AM on January 26, 2024.

DATED:  January 25, 2024
        New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge