UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BERKLEY REGIONAL INSURANCE COMPANY., <br><br> Plaintiff, <br> v. <br><br> SECURITY CONSTRUCTION SERVICES, INC., SECURITY FENCE COMPANY COMMERCIAL DIVISION, LLC, SECURITY PROPERTY MANAGEMENT, LCC, JANET B. CEDDIA, and CHRISTOPHER CEDDIA, <br><br> Defendants. | **ORDER** <br><br> 16 Civ. 3617 (AKH) |

ALVIN K. HELLERSTEIN, U.S.D.J.:

A suggestion of settlement having been made, this case is dismissed. If the settlement is not consummated within 30 days of this order, or an authorized enlarged date, either party may apply by letter for restoration of the action within 10 days after the close of said period. All pending court dates are cancelled. The Clerk is directed to terminate all open motions and close the case.

SO ORDERED.

Dated:     February 1, 2024
             New York, New York

/s/ ALVIN K. HELLERSTEIN
United States District Judge

1